```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
NEXTERA ENERGY MARKETING, LLC,         :
                                       :
                  Plaintiff,           :
                                       :
    - against -                        :
                                       :         ORDER
                                       :
MACQUARIE ENERGY LLC,                  :
                                       :
                  Defendant.           :     22 Civ. 1345 (VM)
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than May 13, 2022, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https:// nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website. The Court will assess the need for an Initial Case Management Conference after reviewing the submission.

Dated:  May 2, 2022
        New York, New York

_____
            Victor Marrero
              U.S.D.J.