UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2024
```

-----------------------------------------------------------X

NEXTERA ENERGY MARKETING, LLC,          :
                                         :          22-CV-1345 (VM) (RWL)
                        Plaintiff,       :
                                         :
            - against -                  :          **ORDER**
                                         :
MACQUARIE ENERGY LLC                     :
                                         :
                        Defendant    .   :
                                         :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Macquarie's request at Dkt. 93 concerning post-April 1, 2021 documents that involve force majeure disputes with parties other than NEM is denied for substantially the reasons set forth by NEM at Dkt. 97.

Macquarie's request at Dkt. 92 concerning NEM's privilege log is denied without prejudice pending NEM's production of, Macquarie's review of, and any additional meeting and conferring about, NEM's revised privilege log.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 92 and 93.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 16, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1