UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEXTERA ENERGY MARKETING, LLC,

                Plaintiff,

- against -

MACQUARIE ENERGY LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2025

22 Civ. 1345 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The parties have each submitted unopposed motions to seal and/or redact certain portions of their briefing and supporting exhibits in connection to their respective motions for summary judgment. (See Dkt. Nos. 116, 129.) Both motions to seal and/or redact are GRANTED. The Court respectfully directs the Clerk of the Court to maintain the Selected Parties viewing level for Docket Nos. 119, 120, 121, 130, 131, and 132 as accessible only to Plaintiff, Defendant, and the Court in this action. The parties are directed, to the extent applicable, to file public, redacted versions of the briefs and supporting exhibits in connection to the summary judgment motions.

**SO ORDERED.**

Dated:    19 February 2025
             New York, New York

                                                      Victor Marrero
                                                        U.S.D.J.

1