```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEXTERA ENERGY MARKETING, LLC,

        Plaintiff,

- against -

MACQUARIE ENERGY LLC,

        Defendant.

---

MACQUARIE ENERGY LLC,

        Counterclaimant,

- against -

NEXTERA ENERGY MARKETING, LLC,

        Counterclaim Defendant.

---

22 Civ. 1345 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties have submitted a proposed schedule for pretrial submissions and a bench trial in accordance with the Court's Individual Trial Procedures. (See Dkt. No. 168.) The Court hereby adopts the parties' proposed deadlines for all pretrial submissions. (See id.) The final pretrial conference is hereby scheduled for February 20, 2026, at 10:00 AM. The two-week bench trial will begin on February 23, 2026, at 9:00 AM.

**SO ORDERED.**

Dated:    25 September 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.